**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NOUANSAVANH RASAVONG, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:16-cv-01121-JAD-GWF |
| J. RUIZ et al., | ) | **ORDER** |
| Defendants. | ) | |
| _____ | ) | |

**I.     DISCUSSION**

On January 4, 2017, this Court issued a screening order and stayed the case for ninety (90) days to permit the case to proceed to mediation. (ECF No. 8). On January 10, 2017, Plaintiff filed an amended complaint. (ECF No. 11). On January 17, 2017, the Court issued an order directing Plaintiff to indicate whether Plaintiff wished to proceed to mediation on his original complaint or to have the Court screen his amended complaint. (ECF No. 12 at 2). On January 24, 2017, Plaintiff filed a notice stating that he wished to proceed on his amended complaint and to strike his original complaint. (ECF No. 15 at 1). Plaintiff acknowledged that the screening process would start anew with his amended complaint. (*Id.*) On January 25, 2017, Defendants entered a notice of limited appearance for the purposes of settlement discussions. (ECF No. 14).

In light of Plaintiff's notice, the amended complaint (ECF No. 11) is now the operative complaint. The Court will issue a screening order on the amended complaint in a separate order in the future. No further action is required by Defendants in this case until further order by this Court.

///

## II.     CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Court will screen the amended complaint (ECF No. 11) in a separate order.

IT IS FURTHER ORDERED that no further action is required by Defendants in this case until further order by this Court.

DATED: This 7th day of February, 2017.

_____
United States Magistrate Judge