UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| NOUANSAVANH RASAVONG, | Case No. 2:16-cv-01121-JAD-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| J RUIZ, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Appointment of Pro Bono Counsel (ECF No. 43), filed April 10, 2018.

There is no constitutional right to the appointment of counsel in civil cases. *Ivey v. Bd. of Regents of Univ. of Alaska*, 673 F.2d 266, 269 (9th Circ. 1982). A court may only designate counsel pursuant to 28 U.S.C. § 1915(e)(1) in exceptional circumstances. *Agyeman v. Corrs. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004), *cert. denied sub nom. Gerber v. Agyeman*, 545 U.S. 1128 (2005). In determining whether counsel should be appointed, the Court has discretion to consider four relevant factors: (1) the plaintiff's financial resources; (2) the efforts made by the plaintiff to secure counsel; (3) the meritoriousness of the plaintiff's claim; and (4) the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved. *Ivey*, 673 F.2d at 269; *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Upon review and consideration, the Court will grant Plaintiff's request for referral to the Pro Bono Program adopted in General Order 2017-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Plaintiff. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly,

1     **IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Pro Bono
2 Counsel (ECF No. 43) is **granted**.
3     **IT FURTHER ORDERED** that the Clerk shall forward this order to the Pro Bono
4 Liaison.
5     Dated this 7th day of August, 2018.

                                          */s/ George Foley Jr.*
                                          GEORGE FOLEY, JR.
                                          UNITED STATES MAGISTRATE JUDGE