UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NOUANSAVANH RASAVONG,<br><br>　　　　　　Plaintiff,<br>v.<br>J. RUIZ, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-01121-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Request for Extension of Time (ECF No. 50), filed November 29, 2018. Defendants filed Notice of Non-Opposition (ECF No. 51) on December 13, 2018. Plaintiff represents that he currently awaits appointment of pro bono counsel to assist in the prosecution of this case. Upon review and consideration, and with good cause appearing therefor, the Court grants Plaintiff's request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Request for Extension of Time (ECF No. 50) is **granted**. Plaintiff shall have until **March 18, 2019** to complete service of process upon Defendant D. Joseph.

Dated this 14th day of December, 2018.

*[signature: George Foley Jr.]*

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE